IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                              :        NO. 819
                                    :
REAPPOINTMENT TO COURT OF           :        SUPREME COURT RULES DOCKET
                                    :
JUDICIAL DISCIPLINE                 :


**ORDER**


PER CURIAM:


AND NOW, this 19th day of December, 2019, Doris C. Williams,* Allegheny County, is hereby reappointed as a member of the Court of Judicial Discipline for a term expiring June 30, 2020.


*Non-lawyer elector